# EXHIBIT 1

## <u>FIRST AMENDED APPENDIX A</u>

1.  Based upon information and belief, Plaintiff, DANIELLE ROBERTS, a flight attendant, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, DANIELLE ROBERTS, is a citizen of Illinois. Plaintiff, DANIELLE ROBERTS, is an employee of Southwest, and whose symptoms include fatigue, headaches, tightness of chest, yeast infections that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

2.  Based upon information and belief, Plaintiff, MARK JONES, a flight attendant, is a resident and citizen of Maryland and is currently domiciled in Baltimore, Maryland. For purposes of 28 U.S.C. § 1332, Plaintiff, MARK JONES, is a citizen of Maryland. Plaintiff, MARK JONES, is an employee of Southwest, and whose symptoms include fatigue, headaches, rashes, itchiness, and easily agitated or angered that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

3.  Based upon information and belief, Plaintiff, CANDILYN INOS, a flight attendant, is a resident and citizen of California and is currently domiciled in Oakland, California. For purposes of 28 U.S.C. § 1332, Plaintiff, CANDILYN INOS, is a citizen of California. Plaintiff, CANDILYN INOS, is an employee of Southwest, and whose symptoms include rashes, itchiness, and hives that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

4.  Based upon information and belief, Plaintiff, DELORES NARANCICH, a flight attendant, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, DELORES NARANCICH, is a citizen of Illinois. Plaintiff, DELORES NARANCICH, is an employee of Southwest, and

whose symptoms include headaches, rashes, itchiness, bruising, hives, and cysts that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

5. Based upon information and belief, Plaintiff, ANDREA CARTER, a flight attendant, is a resident and citizen of Maryland and is currently domiciled in Pasadena, Maryland. For purposes of 28 U.S.C. § 1332, Plaintiff, ANDREA CARTER, is a citizen of Maryland. Plaintiff, ANDREA CARTER, is an employee of Southwest, and whose symptoms include rashes, itchiness, and vocal cord dysfunction that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

6. Based upon information and belief, Plaintiff, LOGAN MODROVSKY, a ramp agent, is a resident and citizen of Arizona and is currently domiciled in Phoenix, Arizona. For purposes of 28 U.S.C. § 1332, Plaintiff, LOGAN MODROVSKY, is a citizen of Arizona. Plaintiff, LOGAN MODROVSKY, is an employee of Southwest, and whose symptoms include rashes, hives, chest pain, headaches, and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

7. Based upon information and belief, Plaintiff SUZANNE KERST, a flight attendant, is a resident and citizen of California and is currently domiciled in Sacramento, California. For purposes of 28 U.S.C. § 1332, Plaintiff, SUZANNE KERST, is a citizen of California. Plaintiff, SUZANNE KERST, is an employee of Southwest, and whose symptoms include fatigue, headaches, itchiness, anxiety, fuzzy memory, and cysts that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

8.  Based upon information and belief, Plaintiff JOHN NICOLLET, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Fort Worth, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, JOHN NICOLLET, is a citizen of Texas. Plaintiff, JOHN NICOLLET, is an employee of Southwest, and whose symptoms include headaches, psychosis issues, brain fog, trouble concentrating, easily agitated or angered, and fuzzy memory that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

9.  Based upon information and belief, Plaintiff PAMELA MASTEN, a flight attendant, is a resident and citizen of California and is currently domiciled in Salida, California. For purposes of 28 U.S.C. § 1332, Plaintiff, PAMELA MASTEN, is a citizen of California. Plaintiff, PAMELA MASTEN, is an employee of Southwest, and whose symptoms include rashes and anxiety that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

10. Based upon information and belief, Plaintiff MICHAEL BARNES, an operations agent, is a resident and citizen of Colorado and is currently domiciled in Denver, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, MICHAEL BARNES, is a citizen of Colorado. Plaintiff, MICHAEL BARNES, is an employee of Southwest, and whose symptoms include rashes, itchiness, and hives that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

11. Based upon information and belief, Plaintiff DAVID ROBERTS, a manager, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, DAVID ROBERTS, is a citizen of Illinois. Plaintiff, DAVID ROBERTS, is an employee of Southwest, and whose symptoms include trouble

breathing, rashes, itchiness, tightness of chest, and anxiety that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

12. Based upon information and belief, Plaintiff BRANDI WILLIS, a flight attendant, is a resident and citizen of Oklahoma and is currently domiciled in Tulsa, Oklahoma. For purposes of 28 U.S.C. § 1332, Plaintiff, BRANDI WILLIS, is a citizen of Oklahoma. Plaintiff, BRANDI WILLIS, is an employee of Southwest, and whose symptoms include rashes, itchiness, and hives that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

13. Based upon information and belief, Plaintiff ALEXANDER MANSI, a flight attendant, is a resident and citizen of Massachusetts and is currently domiciled in Massachusetts. For purposes of 28 U.S.C. § 1332, Plaintiff, ALEXANDER MANSI, is a citizen of Massachusetts. Plaintiff, ALEXANDER MANSI, is an employee of Southwest, and whose symptoms include rashes, itchiness, and scars that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

14. Based upon information and belief, Plaintiff JOHNETTA MORGAN, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Miami, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, JOHNETTA MORGAN, is a citizen of Florida. Plaintiff, JOHNETTA MORGAN, is an employee of Southwest, and whose symptoms include itchy skin on her legs, stomach, breasts, and back that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

15. Based upon information and belief, Plaintiff KATRINA KIMBLE, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Austin, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, KATRINA KIMBLE, is a citizen of Texas. Plaintiff,

KATRINA KIMBLE, is an employee of Southwest, and whose symptoms include coughing, fatigue, headaches, rashes, itchiness, brain fog, depression, easily agitated or angered, and fuzzy memory that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

16. Based upon information and belief, Plaintiff MARSHA ELLIOT, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Las Vegas, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, MARSHA ELLIOT, is a citizen of Nevada. Plaintiff, MARSHA ELLIOT, is an employee of Southwest, and whose symptoms include welts, rashes, auto immune issues, and headaches that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

17. Based upon information and belief, Plaintiff EDLYN OSAM, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Miami, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, EDLYN OSAM, is a citizen of Florida. Plaintiff, EDLYN OSAM, is an employee of Southwest, and whose symptoms include rashes and a miscarriage that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

18. Based upon information and belief, Plaintiff DAN CHRISTIAN, a pilot, is a resident and citizen of Washington D.C. and is currently domiciled in Washington D.C. For purposes of 28 U.S.C. § 1332, Plaintiff, DAN CHRISTIAN, is a citizen of Washington D.C. Plaintiff, DAN CHRISTIAN, is an employee of Southwest, and whose symptoms include rashes and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

19. Based upon information and belief, Plaintiff BRITIN STONE, a flight attendant, is a resident and citizen of Oklahoma and is currently domiciled in Tulsa, Oklahoma. For

purposes of 28 U.S.C. § 1332, Plaintiff, BRITIN STONE, is a citizen of Oklahoma. Plaintiff, BRITIN STONE, is an employee of Southwest, and whose symptoms include rashes and itchiness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

20. Based upon information and belief, Plaintiff SAMMY REYNAERT, a ground operations agent, is a resident and citizen of California and is currently domiciled in Fontana, California. For purposes of 28 U.S.C. § 1332, Plaintiff, SAMMY REYNAERT, is a citizen of California. Plaintiff, SAMMY REYNAERT, is an employee of Southwest, and whose symptoms include rashes and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

21. Based upon information and belief, Plaintiff SELENA GONZALEZ, a customer service agent, is a resident and citizen of Texas and is currently domiciled in Midland, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, SELENA GONZALEZ, is a citizen of Texas. Plaintiff, SELENA GONZALEZ, is an employee of Southwest, and whose symptoms include fatigue, itchiness, bruising, anxiety, fuzzy memory, and chronic urinary tract infections that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

22. Based upon information and belief, Plaintiff JAMES ANDREWS, a flight attendant, is a resident and citizen of Indiana and is currently domiciled in Greenwood, Indiana. For purposes of 28 U.S.C. § 1332, Plaintiff, JAMES ANDREWS, is a citizen of Indiana. Plaintiff, JAMES ANDREWS, is an employee of Southwest, and whose symptoms include fatigue, itchiness, trouble concentrating, and easily agitated or angered that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

23. Based upon information and belief, Plaintiff, MICHAEL JONES, a flight attendant, is a resident and citizen of Arizona and is currently domiciled in Phoenix, Arizona. For purposes of 28 U.S.C. § 1332, Plaintiff, MICHAEL JONES, is a citizen of Arizona. Plaintiff, MICHAEL JONES, is an employee of Southwest, and whose symptoms include fatigue, headaches, asthma, other dizziness lightheaded and nausea that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

24. Based upon information and belief, Plaintiff, CHRISTINE SANTOS, a flight attendant, is a resident and citizen of Texas and is currently domiciled in San Antonio, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, CHRISTINE SANTOS, is a citizen of Texas. Plaintiff, CHRISTINE SANTOS, is an employee of Southwest, and whose symptoms include coughing, fatigue, headaches, rashes, itchiness, hives, vocal chord dysfunction, and tightness of chest that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

25. Based upon information and belief, Plaintiff, THOMAS BOYD, a flight attendant, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, THOMAS BOYD, is a citizen of Illinois. Plaintiff, THOMAS BOYD, is an employee of Southwest, and whose symptoms include headaches, rashes, itchiness, bruising, hives, and cysts that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

26. Based upon information and belief, Plaintiff CINDY MCGREGOR, a flight attendant, is a resident and citizen of Texas and is currently domiciled in San Antonio, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, CINDY MCGREGOR, is a citizen of Texas. Plaintiff, CINDY MCGREGOR, is an employee of Southwest, and whose symptoms include itchiness and rashes that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

27. Based upon information and belief, Plaintiff MICHELLE DRAPER, a flight attendant, is a resident and citizen of Colorado and is currently domiciled in Pine, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, MICHELLE DRAPER, is a citizen of Colorado. Plaintiff, MICHELLE DRAPER, is an employee of Southwest, and whose symptoms include itchy eyes, skin irritation, rashes, and easily fatigued that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

28. Based upon information and belief, Plaintiff SARA STOKES, a flight attendant, is a resident and citizen of Colorado and is currently domiciled in Johnstown, Coloraro. For purposes of 28 U.S.C. § 1332, Plaintiff, SARA STOKES, is a citizen of Colorado. Plaintiff, SARA STOKES, is an employee of Southwest, and whose symptoms include itchiness, shingle-like rashes, and a constant sickly feeling that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

29. Based upon information and belief, Plaintiff LINDA LOCKE, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Grandbury, Texas. For

purposes of 28 U.S.C. § 1332, Plaintiff, LINDA LOCKE, is a citizen of Texas. Plaintiff, LINDA LOCKE, is an employee of Southwest, and whose symptoms include chest congestion, sinus infections, pneumonia, hives, itchiness, thyroid problems, hormone issues, and eyes sensitive to light that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

30. Based upon information and belief, Plaintiff LINDA LOCKHART, a flight attendant, is a resident and citizen of Idaho and is currently domiciled in Rathdrum, Idaho. For purposes of 28 U.S.C. § 1332, Plaintiff, LINDA LOCKHART, is a citizen of Idaho. Plaintiff, LINDA LOCKHART, is an employee of Southwest, and whose symptoms include rashes, and itchiness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

31. Based upon information and belief, Plaintiff LORI EICHOLZER, a flight attendant, is a resident and citizen of California and is currently domiciled in Los Angeles, California. For purposes of 28 U.S.C. § 1332, Plaintiff, LORI EICHOLZER, is a citizen of California. Plaintiff, LORI EICHOLZER, is an employee of Southwest, and whose symptoms include rashes, itchiness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure

32. Based upon information and belief, Plaintiff LOUISE MCDONOUGH, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Henderson, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, LOUISE MCDONOUGH, is a citizen of Nevada.

Plaintiff, LOUISE MCDONOUGH, is an employee of Southwest, and whose symptoms include rashes, and itchiness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

33. Based upon information and belief, Plaintiff TAMMY STACK, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Scurry, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, TAMMY STACK, is a citizen of Texas. Plaintiff, TAMMY STACK, is an employee of Southwest, and whose symptoms include Sjogren's Syndrome, chemical induced lupus, extreme fatigue, chemical burns, hair loss, adrenal issues, migraines, and thymus issues that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

34. Based upon information and belief, Plaintiff BRAD SCHMIDT, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Orlando, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, BRAD SCHMIDT, is a citizen of Florida. Plaintiff, BRAD SCHMIDT, is an employee of Southwest, and whose symptoms include rashes, itchiness, eye problems including loss of eyelashes that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

35. Based upon information and belief, Plaintiff SUSAN HATFIELD, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Ft. Worth, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, SUSAN HATFIELD, is a citizen of Texas. Plaintiff, SUSAN HATFIELD, is an employee of Southwest, and whose symptoms include joint

pain, fatigue, rashes, itchiness, and emphysema that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

36. Based upon information and belief, Plaintiff DOLORES CHANCE, a flight attendant, is a resident and citizen of New Mexico and is currently domiciled in New Mexico. For purposes of 28 U.S.C. § 1332, Plaintiff, DOLORES CHANCE, is a citizen of New Mexico. Plaintiff, DOLORES CHANCE, is an employee of Southwest, and whose symptoms include trouble breathing, coughing, headaches, asthma, and cysts that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

37. Based upon information and belief, Plaintiff CHARLA CHILCOTT, a flight attendant, is a resident and citizen of Arizona and is currently domiciled in Mesa, Arizona. For purposes of 28 U.S.C. § 1332, Plaintiff, CHARLA CHILCOTT, is a citizen of Arizona. Plaintiff, CHARLA CHILCOTT, is an employee of Southwest, and whose symptoms include severe rashes, blisters, cellulitis, staphylococcus, and pemphigus that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

38. Based upon information and belief, Plaintiff PATRICIA GONZALEZ, a flight attendant, is a resident and citizen of California and is currently domiciled in San Diego, California. For purposes of 28 U.S.C. § 1332, Plaintiff, PATRICIA GONZALEZ, is a citizen of California. Plaintiff, PATRICIA GONZALEZ, is an employee of Southwest, and whose

symptoms include fatigue, rashes, hives, and coughing that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

39. Based upon information and belief, Plaintiff JEIRY ESCOBAR, an operations agent, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, JEIRY ESCOBAR, is a citizen of Illinois. Plaintiff, JEIRY ESCOBAR, is an employee of Southwest, and whose symptoms include headaches, rashes, and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

40. Based upon information and belief, Plaintiff NICHOLAS YURIS, an operations agent, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, NICHOLAS YURIS, is a citizen of Illinois. Plaintiff, NICHOLAS YURIS, is an employee of Southwest, and whose symptoms include fatigue, headaches, rashes, itchiness, and tightness of chest that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

41. Based upon information and belief, Plaintiff TERRY SMITH, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Henderson, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, TERRY SMITH, is a citizen of Nevada. Plaintiff, TERRY SMITH, is an employee of Southwest, and whose symptoms include rashes, bleeding, and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

42. Based upon information and belief, Plaintiff BARB POOL, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Midlothian, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, BARB POOL, is a citizen of Texas. Plaintiff, BARB POOL, is an employee of Southwest, and whose symptoms include rashes and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

43. Based upon information and belief, Plaintiff AVA ALLEY, a flight attendant, is a resident and citizen of Arkansas and is currently domiciled in Benton, Arkansas. For purposes of 28 U.S.C. § 1332, Plaintiff, AVA ALLEY, is a citizen of Arkansas. Plaintiff, AVA ALLEY, is an employee of Southwest, and whose symptoms include headaches, fatigue, low thyroid, hair loss, and liver damage that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

44. Based upon information and belief, Plaintiff VICKI JOHNSON, a flight attendant, is a resident and citizen of Colorado and is currently domiciled in Basalt, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, VICKI JOHNSON, is a citizen of Colorado. Plaintiff, VICKI JOHNSON, is an employee of Southwest, and whose symptoms include itchiness, rashes, and baldness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

45. Based upon information and belief, Plaintiff TARA FARNSWORTH, a flight attendant, is a resident and citizen of Arizona and is currently domiciled in Phoenix, Arizona. For

purposes of 28 U.S.C. § 1332, Plaintiff, TARA FARNSWORTH, is a citizen of Arizona. Plaintiff, TARA FARNSWORTH, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hair loss that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

46. Based upon information and belief, Plaintiff LORI KEIFER, a flight attendant, is a resident and citizen of Ohio and is currently domiciled in Elyria, Ohio. For purposes of 28 U.S.C. § 1332, Plaintiff, LORI KEIFER, is a citizen of Ohio. Plaintiff, LORI KEIFER, is an employee of Southwest, and whose symptoms include itchiness, rashes, and ovarian cancer that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

47. Based upon information and belief, Plaintiff SARAH DANIELS, a flight attendant, is a resident and citizen of Washington and is currently domiciled in Tacoma, Washington. For purposes of 28 U.S.C. § 1332, Plaintiff, SARAH DANIELS, is a citizen of Washington. Plaintiff, SARAH DANIELS, is an employee of Southwest, and whose symptoms include itchiness, rashes, and burns under armpits that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

48. Based upon information and belief, Plaintiff JODY AVENT, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Las Vegas, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, JODY AVENT, is a citizen of Nevada. Plaintiff, JODY AVENT, is an employee of Southwest, and whose symptoms include itchiness,

rashes, constant cough, vertigo, elevated blood pressure, joint pain, sinus infections, migraines, and eye irritation  that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

49. Based upon information and belief, Plaintiff JUDY GILLAND, a flight attendant, is a resident and citizen of Tennessee and is currently domiciled in Watertown, Tennessee. For purposes of 28 U.S.C. § 1332, Plaintiff, JUDY GILLAND, is a citizen of Tennessee. Plaintiff, JUDY GILLAND, is an employee of Southwest, and whose symptoms include itchiness, rashes, memory loss, and weight gain that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

50. Based upon information and belief, Plaintiff LORI DELAFIELD, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Dallas, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, LORI DELAFIELD, is a citizen of Texas. Plaintiff, LORI DELAFIELD, is an employee of Southwest, and whose symptoms include itchiness, rashes, thyroid issues, and watery eyes that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

51. Based upon information and belief, Plaintiff BRANDY ROLAND, a flight attendant, is a resident and citizen of New Mexico and is currently domiciled in Albuquerque, New Mexico. For purposes of 28 U.S.C. § 1332, Plaintiff, BRANDY ROLAND, is a citizen of New Mexico. Plaintiff, BRANDY ROLAND, is an employee of Southwest, and whose

symptoms include itchiness, rashes, and thyroid issues that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

52. Based upon information and belief, Plaintiff TAMMY ROBERTS, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Georgetown, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, TAMMY ROBERTS, is a citizen of Texas. Plaintiff, TAMMY ROBERTS, is an employee of Southwest, and whose symptoms include itchiness, rashes, and blisters that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

53. Based upon information and belief, Plaintiff KELLY CRAWFORD, a flight attendant, is a resident and citizen of Arizona and is currently domiciled in Gilbert, Arizona. For purposes of 28 U.S.C. § 1332, Plaintiff, KELLY CRAWFORD, is a citizen of Arizona. Plaintiff, KELLY CRAWFORD, is an employee of Southwest, and whose symptoms include itchiness, rashes, severe night sweats, and chronic headaches that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

54. Based upon information and belief, Plaintiff KAYLENE LUJAN, a flight attendant, is a resident and citizen of New Mexico and is currently domiciled in Albuquerque, New Mexico. For purposes of 28 U.S.C. § 1332, Plaintiff, KAYLENE LUJAN, is a citizen of New Mexico. Plaintiff, KAYLENE LUJAN, is an employee of Southwest, and whose symptoms include itchiness, rashes, and severe skin infections that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

55. Based upon information and belief, Plaintiff CATHERINE MCGOVERN, a flight attendant, is a resident and citizen of Minnesota and is currently domiciled in Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, CATHERINE MCGOVERN, is a citizen of Minnesota. Plaintiff, CATHERINE MCGOVERN, is an employee of Southwest, and whose symptoms include itchiness, rashes, hair loss, joint pain, and blurred vision that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

56. Based upon information and belief, Plaintiff ELLENOR ROYAL, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Reno, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, ELLENOR ROYAL, is a citizen of Nevada. Plaintiff, ELLENOR ROYAL, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hives that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

57. Based upon information and belief, Plaintiff MICHELLE THORNHILL, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Las Vegas, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, MICHELLE THORNHILL, is a citizen of Nevada. Plaintiff, MICHELLE THORNHILL, is an employee of Southwest, and whose symptoms include itchiness, rashes, and migraines that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

58. Based upon information and belief, Plaintiff KIM MCFARLAND, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Houston, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, KIM MCFARLAND, is a citizen of Texas. Plaintiff, KIM MCFARLAND, is an employee of Southwest, and whose symptoms include itchiness, rashes, and thyroid problems that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

59. Based upon information and belief, Plaintiff LORA PEARCE, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Bee Cave, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, LORA PEARCE, is a citizen of Texas. Plaintiff, LORA PEARCE, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hives that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

60. Based upon information and belief, Plaintiff STEPHANIE METCALF, a flight attendant, is a resident and citizen of New Mexico and is currently domiciled in Albuquerque, New Mexico. For purposes of 28 U.S.C. § 1332, Plaintiff, STEPHANIE METCALF, is a citizen of New Mexico. Plaintiff, STEPHANIE METCALF, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hives that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

61. Based upon information and belief, Plaintiff KELLY WINK, a flight attendant, is a resident and citizen of Colorado and is currently domiciled in Basalt, Colorado. For

purposes of 28 U.S.C. § 1332, Plaintiff, KELLY WINK, is a citizen of Colorado. Plaintiff, KELLY WINK, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hair loss that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

62. Based upon information and belief, Plaintiff HEIDI WATSON, a flight attendant, is a resident and citizen of Colorado and is currently domiciled in Basalt, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, HEIDI WATSON, is a citizen of Colorado. Plaintiff, HEIDI WATSON, is an employee of Southwest, and whose symptoms include itchiness, rashes, and hair loss that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

63. Based upon information and belief, Plaintiff SUTTON HALE-ANDERSON, a flight attendant, is a resident and citizen of Virginia and is currently domiciled in Bristol, Virginia. For purposes of 28 U.S.C. § 1332, Plaintiff, SUTTON HALE-ANDERSON, is a citizen of Virginia. Plaintiff, SUTTON HALE-ANDERSON, is an employee of Southwest, and whose symptoms include itchiness, rashes, and severe inflammation that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

64. Based upon information and belief, Plaintiff KRISTIN SUMMERSELL, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Frisco, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, KRISTIN SUMMERSELL, is a citizen of

Texas. Plaintiff, KRISTIN SUMMERSELL, is an employee of Southwest, and whose symptoms include itchiness, rashes, and severe facial and neck swelling that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

65. Based upon information and belief, Plaintiff PAIGE STAUDERMAIER, a flight attendant, is a resident and citizen of Oregon and is currently domiciled in Happy Valley, Oregon. For purposes of 28 U.S.C. § 1332, Plaintiff, PAIGE STAUDERMAIER, is a citizen of Oregon. Plaintiff, PAIGE STAUDERMAIER, is an employee of Southwest, and whose symptoms include itchiness, rashes, and shortness of breath that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

66. Based upon information and belief, Plaintiff ERIC HOLT, a flight attendant, is a resident and citizen of Missouri and is currently domiciled in Cottleville, Missouri. For purposes of 28 U.S.C. § 1332, Plaintiff, ERIC HOLT, is a citizen of Missouri. Plaintiff, ERIC HOLT, is an employee of Southwest, and whose symptoms include itchiness, rashes, weight loss, fatigue, rheumatoid arthritis, psoriatic arthritis, and diagnosis of Graves' Disease that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

67. Based upon information and belief, Plaintiff MARK DEXTER, an operations agent, is a resident and citizen of California and is currently domiciled in San Diego, California. For purposes of 28 U.S.C. § 1332, Plaintiff, MARK DEXTER, is a citizen of California. Plaintiff, MARK DEXTER, is an employee of Southwest, and whose symptoms include

rashes that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

68. Based upon information and belief, Plaintiff MELISSA OLEFF, a flight attendant, is a resident and citizen of Ohio and is currently domiciled Bay Village, Ohio. For purposes of 28 U.S.C. § 1332, Plaintiff, MELISSA OLEFF, is a citizen of Ohio. Plaintiff, MELISSA OLEFF, is an employee of Southwest, and whose symptoms include rashes, psoriasis, vitiligo, fatigue, joint pain, and depression that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

69. Based upon information and belief, Plaintiff MATTHEW LANCLOS, a flight attendant, is a resident and citizen of Colorado and is currently domiciled Commerce City, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, MATTHEW LANCLOS, is a citizen of Colorado. Plaintiff, MATTHEW LANCLOS, is an employee of Southwest, and whose symptoms include rashes that did not occur until he was exposed to the Southwest's garments and is a result of said exposure.

70. Based upon information and belief, Plaintiff KENDRA FAMIGLIO, a flight attendant, is a resident and citizen of Texas and is currently domiciled Keller, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, KENDRA FAMIGLIO, is a citizen of Texas. Plaintiff, KENDRA FAMIGLIO, is an employee of Southwest, and whose symptoms include eye irritation and sinus problems that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

71. Based upon information and belief, Plaintiff ARUNA VALLABHANENI, a flight attendant, is a resident and citizen of Illinois and is currently domiciled Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, ARUNA VALLABHANENI, is a citizen of Illinois. Plaintiff, ARUNA VALLABHANENI, is an employee of Southwest, and whose symptoms include rashes, hair loss, and bruising that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

72. Based upon information and belief, Plaintiff CLAUDIA VERONICA GAYTON, a customer service agent, is a resident and citizen of Texas and is currently domiciled Grand Prairie, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, CLAUDIA VERONICA GAYTON, is a citizen of Texas. Plaintiff, CLAUDIA VERONICA GAYTON, is an employee of Southwest, and whose symptoms include hives that did not occur until she was exposed to the Southwest's garments and is a result of said exposure.

73. Based upon information and belief, Plaintiff JULIE JOHNSON, a flight attendant, is a resident and citizen of Colorado and is currently domiciled Fort Collins, Colorado. For purposes of 28 U.S.C. § 1332, Plaintiff, JULIE JOHNSON, is a citizen of Colorado. Plaintiff, JULIE JOHNSON, is an employee of Southwest, and whose symptoms include rashes, skin irritation, hair loss, headaches, dizziness, tinnitus, lung and respiratory issues that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

74. Based upon information and belief, Plaintiff SHARON LANCASTER, a flight attendant, is a resident and citizen of Oklahoma and is currently domiciled Tulsa, Oklahoma. For purposes of 28 U.S.C. § 1332, Plaintiff, SHARON LANCASTER, is a citizen of Oklahoma. Plaintiff, SHARON LANCASTER, is an employee of Southwest, and whose symptoms include shortness of breath, hair loss, sinus problems, and body soreness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

75. Based upon information and belief, Plaintiff TERRANCE ROSS, a flight attendant, is a resident and citizen of Louisiana and is currently domiciled New Orleans, Louisiana. For purposes of 28 U.S.C. § 1332, Plaintiff, TERRANCE ROSS, is a citizen of Louisiana. Plaintiff, TERRANCE ROSS, is an employee of Southwest, and whose symptoms include itchiness, vocal chord dysfunction, and chest tightness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

76. Based upon information and belief, Plaintiff ASHLEY STOVALL, a flight attendant, is a resident and citizen of Indiana and is currently domiciled Indianapolis, Indiana. For purposes of 28 U.S.C. § 1332, Plaintiff, ASHLEY STOVALL, is a citizen of Indiana. Plaintiff, ASHLEY STOVALL, is an employee of Southwest, and whose symptoms include rashes and itchiness that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.

77. Based upon information and belief, Plaintiff STEVEN THOMAS, a flight attendant, is a resident and citizen of Texas and is currently domiciled Dallas, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, STEVEN THOMAS, is a citizen of Texas. Plaintiff, STEVEN THOMAS, is an employee of Southwest, and whose symptoms include rashes, itchiness, fatigue and hives that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

78. Based upon information and belief, Plaintiff DENNIS O'BRIEN, a flight attendant, is a resident and citizen of Florida and is currently domiciled Orlando, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, DENNIS O'BRIEN, is a citizen of Florida. Plaintiff, DENNIS O'BRIEN, is an employee of Southwest, and whose symptoms include coughing, fatigue, headaches, rashes, itchiness, and hives that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

79. Based upon information and belief, Plaintiff ANTHONY RIPLEY, a flight attendant, is a resident and citizen of California and is currently domiciled Los Angeles, California. For purposes of 28 U.S.C. § 1332, Plaintiff, ANTHONY RIPLEY, is a citizen of California. Plaintiff, ANTHONY RIPLEY, is an employee of Southwest, and whose symptoms include headaches and itchiness that did not occur until he was exposed to the Southwest's garments and are a result of said exposure.

80. Based upon information and belief, Plaintiff DANITA NORFLEET, a flight attendant, is a resident and citizen of Georgia and is currently domiciled Union City, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, DANITA NORFLEET, is a citizen of Georgia.

Plaintiff, DANITA NORFLEET, is an employee of Southwest, and whose symptoms include fatigue, headaches, rashes, itchiness, scarring and cysts that did not occur until she was exposed to the Southwest's garments and are a result of said exposure.