IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| THOMAS BEARUP, JR., *et al.*, | ) | CASE No.: 1:21-cv-00151 |
| Plaintiffs, | ) | |
| | ) | Honorable Matthew W. McFarland |
| v. | ) | |
| CINTAS CORPORATION NO. 2, | ) | |
| Defendant. | ) | |

## PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME

NOW COME the Plaintiffs, Thomas Bearup, Jr., Antonia (Tonya) Osborne, and Sonia Bottona, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned attorneys, and respectfully request the Court grant Plaintiffs an additional extension of time of sixty (60) days to file their Second Amended Complaint or to file a new Motion for Leave to File Second Amended Complaint with a new proposed amended complaint attached thereto. In support of this Motion, Plaintiffs refer the Court to their attached Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request the Court enter an order granting them an extension of time of sixty (60) days to file their Second Amended Complaint including the additional plaintiffs or to file a new Motion for Leave to File Second Amended Complaint with a new proposed amended complaint attached thereto, and granting such further relief as the Court deems proper under the circumstances.

RESPECTFULLY SUBMITTED,

/s/ David B. Levin
David B. Levin (0059340)
Law Offices Of Todd M. Friedman, P.C.
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
(224) 218-0882 Telephone
(866) 633-0228 Facsimile
dlevin@toddflaw.com

Kent T. Brandmeyer (Admitted *Pro Hac Vice*)
Yuk K. Law (Admitted *Pro Hac Vice*)
Trevor C. Wong (Admitted *Pro Hac Vice*)
L&B Law Group
2 North Lake Avenue, Suite 820
Pasadena, CA 91101
(626) 304-9500 Telephone
(626) 243-4799 Facsimile
kent@pasadenalawfirm.com
chuck@pasadenalawfirm.com
trevor@pasadenalawfirm.com

Todd M. Friedman
Adrian R. Bacon
*Pro Hac Vice* Applications Forthcoming
Law Offices Of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
(323) 306-4234 Telephone
(866) 633-0228 Facsimile
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, David B. Levin, one of Plaintiffs' attorneys, certify that on February 18, 2022, I electronically filed the foregoing using the Court's CM/ECF system. Electronic notification will be sent to all parties and attorneys of record by operation of the Court's electronic filing system, including to the following individuals:

> William A. Posey
> Jacob D. Rhode
> Bryce J. Yoder
> William N. Minor
> Keating Muething & Klekamp
> One East Fourth Street, Suite 1400
> Cincinnati, OH 45202
> wposey@kmklaw.com
> jrhode@kmklaw.com
> byoder@kmklaw.com
> wminor@kmklaw.com

/s/ David B. Levin
Attorney for Plaintiffs
